DE FOREST RADIO TELEPHONE AND TELEGRAPH COMPANY, Respondent, *v.* TRIANGLE RADIO SUPPLY CO., INC., Appellant.

DE FOREST RADIO TELEPHONE AND TELEGRAPH COMPANY, Respondent, *v.* RADIO STORES CORPORATION, Appellant.

(Submitted October 11, 1926; decided October 19, 1926.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 243 N. Y. 283.)

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN KORREY, Appellant.

*Appeal — failure to prosecute appeal — motion to dismiss denied.*

Reported below, 211 App. Div. 806.

(Submitted October 18, 1926; decided October 19, 1926.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 7, 1924, which affirmed a judgment of the Court of Special Sessions of the City of New York, convicting the defendant of the crime of violating section 1293-c of the Penal Law.

The motion was made upon the ground of failure to prosecute the appeal.

*Charles J. Dodd, District Attorney (Henry J. Walsh* of counsel), for motion.

*Bernard H. Sandler* opposed.

Motion denied on condition that within twenty days appellant file return and serve copies thereof. Otherwise motion granted and appeal dismissed.